Case 14-02153   Filed 09/10/14   Doc 23

FILED

SEP 10 2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MARTHA POORNASIR,<br><br>        Debtor.<br>_____<br>MARTHA POORNASIR,<br><br>        Plaintiff,<br><br>v.<br><br>BANK OF THE WEST, N.A.,<br><br>        Defendant.<br>_____ | Case No. 10-44961-D-13<br><br><br><br><br><br>Adv. Pro. No. 14-2153-D<br><br>DC No. RCB-1<br><br><br><br>DATE:  September 10, 2014<br>TIME:  10:00 a.m.<br>DEPT:  D |

### ORDER GRANTING MOTION FOR DEFAULT JUDGMENT IN PART

The plaintiff's Motion for Default Judgment re Complaint to Determine Value and Extent of Lien, filed July 15, 2014 as Docket Control No. RCB-1, came on for hearing on September 10, 2014, on the court's 10:00 a.m. calendar.  The court having issued findings of fact and conclusions of law in the form of a final ruling, which appears in the court's record in the civil minutes for the hearing, and good cause appearing,

IT IS HEREBY ORDERED that the Motion is granted in part, and court will issue a judgment determining that the defendant's deed of trust is void, unenforceable, and of no force and effect.  The moving party shall submit a proposed judgment.

Dated: September 10, 2014

                                          /s/ Robert Bardwil
                                          ROBERT S. BARDWIL
                                          United States Bankruptcy Judge

**Instructions to Clerk of Court**
**Service List - Not Part of Order**

The Clerk of Court is instructed to send the Order or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC or, if checked _X___, via the U.S. mail.

Plaintiff(s), attorney for the plaintiff(s), the defendant(s), attorney for the defendant(s), and the Office of the U.S. Trustee.