| | |
|---|---|
| 1 | Robert C. Borris Jr., Esq. |
| | SBN 85415 |
| 2 | 21550 Foothill Blvd |
| | Hayward, CA 94541 |
| 3 | (510) 581-7111 |
| 4 | (510) 582-6729 Fax |
| | rborrisjr@aol.com |

UNITED STATES BANKRUPTCY COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In Re: | ) | Case No.: 2010-44961 |
| | ) | Adv. No.: 2014-02153 |
| MARTHA POORNASIR, | ) | DCN: RCB-1 |
| Debtor | ) | **JUDGMENT VOIDING LIEN** |
| MARTH POORNASIR | ) | |
| Plaintiff | ) | |
| vs. | ) | |
| BANK OF THE WEST, N.A. | ) | |
| Defendant | ) | |

The Court granted the Motion for Entry of Default Judgment filed by Martha Poornasir ("Plaintiff") on September 10, 2014. Pursuant to that Order and files in this Adversary Proceeding and good cause appearing;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Judgment is granted Plaintiff and against Bank of the West, N.A. ("Defendant") determining that the second deed of trust recorded with San Joaquin County Recorder on September 28, 2006 as document number 2006-206094, and any interest, lien or encumbrance pursuant thereto, held by Bank of

RECEIVED
September 08, 2014
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005316476

the West, N.A. against the real property commonly known as 773 Ellerbrook Street, Mountain House, California, and more particularly described as:

UNINCORPORATED AREA

LOT 15 AS SHOWN ON MAP OF TRACT NO. 3197, MOUNTAIN HOUSE, NEIGHBORHOOD 'F', UNIT NO. 2 FILED OCTOBER 3, 2002, IN BOOK 37 OF MAPS AND PLATS, PAGE 50, SAN JOAQUIN COUNTY RECORDS.

ASSESSORS PARCEL NUMBER: 254-100-02

is void, unenforceable, and of no force and effect.

All other claims asserted in the Complaint ~~were~~ are dismissed without prejudice by the Court.

Dated: September 11, 2014

Robert S. Bardwil, Judge
United States Bankruptcy Court